UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLOUR OTHELLO LANGSTON;
SHARILYN CATHERINE LANGSTON,

                        Plaintiffs,

                -against-

CONSOLIDATED EDISON, INC., et al.,

                        Defendants.

1:25-CV-3807 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 15, 2025, the Court directed Plaintiffs, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP application" or "IFP") or pay the $405.00 in fees required to file a civil action in this court.[1] That order specified that failure to comply would result in dismissal of this action. Plaintiffs have not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] While the Court's May 15, 2025 order was erroneously addressed only to one unspecified "Plaintiff," it was mailed to both Plaintiffs, who reside at the same address of record.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: August 21, 2025
New York, New York

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge